FRANZ GRIMM, PLAINTIFF IN ERROR, V. PETER KUCERA, DEFENDANT IN ERROR.

REESE, J.

This cause is founded upon substantially the same facts and involves the same questions of law as the case of the *Chicago, Burlington and Quincy Railroad Company v. Tomi Skupa, ante,* and by the agreement of parties is to abide the decision in that case.

The judgment of the district court is affirmed.

JUDGMENT AFFIRMED.

*Marquett, Deweese & Hall,* for plaintiff in error.

*E. S. Abbott,* for defendant in error.